MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    E-Mail: lowell.powell2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0530 WHA |
|     Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| JUAN LUGO DELGADO, ) | **ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
|   a/k/a Jose Lugo Delgado, ) | |
|   a/k/a Juan Lugo, ) | |
|   a/k/a Juan Delgado, ) | |
|     Defendant. ) | |

    On September 14, 2010, the parties in this case appeared before the Court. At that time, the Court continued the matter to September 28, 2010. The parties have agreed to exclude the period of time between September 14, 2010 and September 28, 2010, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18

1  U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this agreement.

2  SO STIPULATED:

3
                                              MELINDA HAAG

4                                                United States Attorney

5

6  DATED: September 21, 2010            _____/s/_____

                                              LOWELL C. POWELL

7                                                Special Assistant United States Attorney

8

9  DATED: September 21, 2010            _____/s/_____

                                              STEVEN KALAR

10                                              Attorney for JUAN LUGO DELGADO,

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0530 WHA

## [PROPOSED] ORDER

For the reasons stated above and at the September 14, 2010 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from September 14, 2010 through September 28, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: September 22, 2010.

_____
THE HONORABLE WILLIAM ALSUP
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0530 WHA