IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JUAN LUGO DELGADO,<br><br>　　　　Defendant.<br>_____ / | No. CR 10-00530 WHA<br><br>**ORDER DENYING MOTION FOR SENTENCE RELIEF UNDER THE FEDERAL PRISON BUREAU NON-VIOLENT OFFENDER RELIEF ACT OF 2003** |

　　Defendant requests release from prison pursuant to the "Federal Prison Bureau Non-Violent Offender Act of 2003." There is no such law. *See* 18 U.S.C. 3624; H.R. 3575, 108th Cong. (2003). Defendant's motion is accordingly **DENIED**.

　　**IT IS SO ORDERED.**

Dated: August 15, 2011.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE