IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00530 WHA |
| Plaintiff, | |
| v. | **REQUEST TO DEFENSE COUNSEL** |
| JUAN LUGO DELGADO, | |
| Defendant. | |

The Court has received a letter from defendant complaining about his sentence. Attorney Diana Weiss shall please make arrangements with the Court's Deputy Clerk, Dawn Toland, to come read the letter and then respond to her client.

Dated: August 30, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE